Carlos Rodriguez   # 353778
_Name and Prisoner/Booking Number_
Arizona Dept. of Corrections / Morey Unit 1-A-12
_Place of Confinement_
P.O. Box 70
_Mailing Address_
Buckeye, Az. 85132
_City, State, Zip Code_

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☒ FILED        ☐ LODGED

# Nov 17 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Carlos Rodriguez                    ,
_(Full Name of Plaintiff)_

          Plaintiff,

v.

(1) Paul Penzone              ,
_(Full Name of Defendant)_

(2) John Doe              ,

(3) Jane Doe #1              ,

(4) Jane Doe #2              ,

          Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _CV 22-01799-PHX-SMB (MHB)_
_(To be supplied by the Clerk)_

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER
Jury Trial Demanded

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____ .

2.   Institution/city where violation occurred: Maricopa County Jail, Phoenix Arizona    .

Revised 3/11/16                                   1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _Paul Penzone_ . The first Defendant is employed
as: _Sheriff_ at _City of Phoenix And Maricopa County Jail_ .
(Position and Title)          (Institution)

2.  Name of second Defendant: _John Doe_ . The second Defendant is employed as:
as: _Medical Provider_ at _Maricopa County Jail_ .
(Position and Title)          (Institution)

3.  Name of third Defendant: _Jane Doe_ . The third Defendant is employed
as: _Medical Provider_ at _Maricopa County Jail_ .
(Position and Title)          (Institution)

4.  Name of fourth Defendant: _Jane Doe_ . The fourth Defendant is employed
as: _Medical Provider_ at _Maricopa County Jail_ .
(Position and Title)          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   b.  Second prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   c.  Third prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.  CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: _8th and 14th Admendments of_ _the United States Constitution_

2.   **Count I.**  Identify the issue involved.  Check **only one**.   State additional issues in separate counts.
- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☒ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: _____

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

Carlos Rodriguez (Plaintiff) is in custody at the Maricopa County Jail and under the care and custody of Paul Penzone in his official capacity as the elected sheriff of Maricopa County. Plaintiff was shot while being arrested where while in the hospital doctors saved his leg. Upon being discharged from the hospital he was arrested and booked into the county jail. Doctors at the hospital gave orders for Plaintiff to recieve daily wound care on his leg. Defendants John Doe, Jane Doe #1, and Jane Doe #2 all discontinued his wound care before his leg was healed which resulted in his leg getting infected causing him to go into cardiac arrest due to the infection when Plaintiff was taken back to the hospital where the doctors determined that the infection had spread to much so they amputated his leg.

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Paul Penzone did not make sure that employees at the Maricopa County Jail were giving proper medical care John Doe, Jane Doe, Jane Doe #2 by denying wound care showed deliberate indifference in regards to Plaintiffs medical care causing the amputation of his leg.

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b.   Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c.   Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Plaintiff was in the hospital and unable to timely file for administrative relief._

3

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer      ☐ Threat to safety   ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count II?      ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?      ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count III.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count III? ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level? ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

From Paul Penzone an injuctive order stating that Maricopa County Jail or it's employees must provide competent medical care. From John Doe, Jane Doe #1, Jane Doe #2 Plaintiff request 10,000,000.⁰⁰ punitive damages from each defendant plus all court costs sued any attorney fees that result from this civil action Plaintiff also requests that defendants pay for all future medical costs associated with the loss of his leg.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11 - 17 - 22
_____
DATE

_Carlos Rodriguez_
SIGNATURE OF PLAINTIFF

_Ray Pruitt_ #116045
_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.